CASAS RILEY SIMONIAN LLP
Gregory C. Simonian (SBN 131162)
gsimonian@legalteam.com
55 North 3rd Street, Suite 200
Campbell, CA  95008
Office:          650-948-7200
Facsimile:      650-948-7220

Attorneys for Defendant
CBR SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS R. RIVERA-SANTOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>CBR SERVICES, INC., a Corporation; and DOES 1 through 50, inclusive, Defendant.<br><br>Defendants. | Case No. 2:26-cv-01668-JDP<br><br>**STIPULATION TO REMAND CASE TO STATE COURT AND [PROPOSED] ORDER** |

*Whereas,* Defendant removed the immediate action to the U.S. District Court for the Eastern District from the Sacramento County Superior Court on April 29, 2026.

*Whereas,* Defendant thereafter planned to file a Motion to Compel Arbitration based upon a mutual agreement to arbitrate between Plaintiff and Defendant and asked if Plaintiff counsel would stipulate to arbitration.

*Whereas,* Plaintiff filed a Motion to Remand case back to state court on May 29, 2026.

*Whereas*, Defendant has reviewed Plaintiff's Motion to Remand and will stipulate to remand the case back to the Sacramento County Superior Court and the Parties agree that this Stipulation and remand are without prejudice to any party's rights or defenses regarding arbitration, which may be asserted in the state court action following remand.

*Wherefore,* the Parties Stipulate and Agree that this case be remanded back to the Sacramento County Superior Court, without prejudice to Defendant's right to file its Motion to Compel Arbitration in state court.

**So Stipulated.**

DATED: June 4, 2026                    CASAS RILEY SIMONIAN LLP

_____
Gregory C. Simonian
Attorneys for Defendant, CBR Services, Inc.

DATED: June 3, 2026                    BURROWS LAW FIRM, APC

_____
Christopher L. Burrows
Attorneys for Plaintiff, Denis R. Rivera-Santos

IT IS SO ORDERED.

DATE: June 10, 2026                    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE